UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:05CR00125 ERW |
| ) | |
| DANNIE ISOM RICKS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton [doc. #29] pursuant to 28 U.S.C. § 636(b).

The Court notes that no objections were filed to the Report and Recommendation, which recommended that Defendant's Motion to Suppress Evidence [doc. #23] be denied. After consideration of the issues, the Court hereby sustains, adopts and incorporates herein the Magistrate's Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence [doc. #23] is **DENIED**.

Dated this 12th day of December, 2005.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE